IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3063 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| NEIL S. JENSEN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The parties wish to pursue the possibility of a diversion instead of continuing with this criminal prosecution. Therefore, and upon joint oral motion,

IT IS ORDERED that:

(1) This matter is removed from the trial docket.

(2) Once the decision is made to divert or try this case, counsel for the government shall promptly advise me.

(3) My chambers shall call this matter to my attention on November 6, 2009.

(4) The time between today's date and the ultimate trial date is excluded for purposes of computation under the Speedy Trial Act and in the interest of justice to allow the parties sufficient time to consider pretrial diversion. *See* 18 U.S.C. § 3161.

DATED this 6th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge