IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3063 |
| | ) | |
| V. | ) | |
| | ) | |
| NEIL S. JENSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 20, 2009, I held a status telephone conference with counsel. I was informed that the government had agreed to pretrial diversion but it would take some time to implement that decision. At the suggestion of counsel,

IT IS ORDERED that a telephone status conference will be held between the undersigned and counsel on Friday, January 15, 2010, at 11:30 a.m. My chambers shall coordinate the call.

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge