IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3063 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| NEIL S. JENSEN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I conferred with counsel today on the telephone. They advised me that they had reached a pretrial diversion agreement and they requested that this matter be removed from the trial calendar. They also requested that this matter to continued indefinitely so that the defendant may satisfy the conditions of the pretrial diversion agreement. They agreed that the time should be excluded. Accordingly,

IT IS ORDERED that:

(1) This matter is removed from the trial calendar and continued indefinitely.

(2) Counsel for the government shall advise me when this case may be dismissed or further progressed.

(3) The time between today's date and the date the defendant completes pretrial diversion or fails to do so shall be excluded for computation purposes under the Speedy Trial Act. 18 U.S.C. § 3161.

(4) The Clerk shall close this case for statistical purposes.

DATED this 15th day of January, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge